**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | **CRIMINAL NO. 14-520-1** |
| PARIS CHURCH | : | |
| UNITED STATES OF AMERICA | : | |
| v. | : | **CRIMINAL NO. 14-520-3** |
| SHAWN MILLS | : | |
| UNITED STATES OF AMERICA | : | |
| v. | : | **CRIMINAL NO. 14-520-5** |
| RAPHAEL HUNT-IRVING | : | |

## **ORDER**

This 18th day of May, 2017, for the reasons set forth below, it is hereby **ORDERED** that:

1. The Government's Motion in Limine for a Determination that Records Qualify as Business Records Under Federal Rule of Evidence 803(6) (Dkt. 158) is **GRANTED** as unopposed.

2. The Government's Motions in Limine to Admit Prior Convictions Pursuant to Fed. R. Evid. 609(a) as to Paris Church (Dkt. 157) and Shawn Mills (Dkt. 159) are **DENIED**.

                                                                /s/ Gerald Austin McHugh
                                                             Gerald Austin McHugh
                                                             United States District Court Judge